UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| TOBIN, DANIEL H | § | Case No. 07-05159 |
| TOBIN, JOANN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>   CLERK OF THE U.S. BANKRUPTCY COURT
>   219 S. DEARBORN STREET
>   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/17/2013 in Courtroom 240,
>   United States Courthouse
>   Old Kane County Courthouse
>   100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| TOBIN, DANIEL H | § | Case No. 07-05159 |
| TOBIN, JOANN | § § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,913.18 |
| and approved disbursements of | $ | 60,121.42 |
| leaving a balance on hand of[1] | $ | 10,791.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Sherman Hospital | $ 6,519.47 | $ 6,519.47 | $ 6,519.47 | $ 0.00 |
| | Rominski Healthcare | $ 3,731.54 | $ 3,731.54 | $ 3,731.54 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,791.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 6,045.66 | $ 0.00 | $ 6,045.66 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 2,963.00 | $ 0.00 | $ 2,963.00 |
| Other: JIM LEDUC | $ 675.00 | $ 0.00 | $ 675.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Sklare Law Group, Ltd. | $ 23,408.23 | $ 23,408.23 | $ 0.00 |
| Other: Sklare Law Group, Ltd. | $ 11,193.86 | $ 11,193.86 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $        9,683.66

Remaining Balance                                           $        1,108.10


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,213.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 5,303.69 | $ 0.00 | $ 242.72 |
| 2 | Capital Recovery One | $ 7,393.36 | $ 0.00 | $ 338.35 |
| 3 | Fifth Third Bank | $ 4,234.24 | $ 0.00 | $ 193.78 |
| 4 | eCAST Settlement Corporation assignee of | $ 1,178.98 | $ 0.00 | $ 53.96 |
| 5 | eCAST Settlement Corporation assignee of | $ 480.85 | $ 0.00 | $ 22.01 |
| 6 | American Express Centurion Bank | $ 1,415.09 | $ 0.00 | $ 64.76 |

UST Form 101-7-NFR (5/1/2011) *(Page 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | LVNV Funding LLC | $ 3,002.01 | $ 0.00 | $ 137.39 |
| 8 | LVNV Funding LLC | $ 1,204.83 | $ 0.00 | $ 55.13 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,108.10 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
                              Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 07-05159-CAD
Daniel H Tobin                                                  Chapter 7
JoAnn Tobin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cgreen                 Page 1 of 2                 Date Rcvd: Sep 20, 2013
                               Form ID: pdf006              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2013.
db/jdb       +Daniel H Tobin,   JoAnn Tobin,   820 Gee Court,   Elburn, IL 60119-8970
aty          +Thomas E. Springer,   Springer Brown Covey,   Gaertner & Davis LLC,   Wheaton Executive Center,
               400 S County Farm Road Suite 330,   Wheaton, IL 60187-4547
11256072     +ASG,   205 Bryant Woods South,   Buffalo, NY 14228-3609
11256071     +American Express,   P.O. Box 297879,   Fort Lauderdale, FL 33329-7879
11907560      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11256073      Bank of America,   P.O. Box 1516,   Newark, NJ 07101
11256074     +Bankunited,   7815 NW 148th Street,   Hialeah, FL 33016-1554
11256075     +BestBuy,   Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
11256076      Capital One,   P.O. Box 790217,   Saint Louis, MO 63179
11256077     +Citifinancial Retail Services,   PO Box 22065,   Tempe, AZ 85285-2065
11256078     +Creditors Financial Group,   P.O. Box 440290,   Aurora, CO 80044-1500
11256070    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: 5th-3rd Bank,   Madisonville Operations Center MD,
               Cincinnati, OH 45263)
11776488      Fifth Third Bank,   1850 E Paris SE - Bankruptcy Department,   MD# ROPS-05,
               Grand Rapids MI 49546
11256082     +HSBC NV,   PO Box 98706,   Las Vegas, NV 89193-8706
11256083    ++HYUNDAI MOTOR FINANCE COMPANY,   PO BOX 20809,   FOUNTAIN VALLEY CA 92728-0809
              (address filed with court: Hyundai Motor Finance,   10550 Talbert Avenue,
               Fountain Valley, CA 92708)
11256081     +Harris Bank,   111 W. Monroe,   Chicago, IL 60603-4095
11256084     +Kane County Treasurer,   719 S. Batavia Avenue,   Building A,   Geneva, IL 60134-3079
11256085     +Meyer & Njus,   1100 U.S. Bank Plaza,   200 S. 6th Street,   Minneapolis, MN 55402-1403
11256086      National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
11256088     +OSI Collection Services, LLC,   P.O. Box 922,   Brookfield, WI 53008-0922
11256089     +Phillips & Cohen Assoc.,   258 Chapman Rd.,   Ste. 205,   Newark, DE 19702-5444
11907551      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC,   Card Services III,
               POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12589313     +E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2013 01:53:39      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11256079     +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2013 02:13:20      Exxon Mobile,   P.O. Box 981400,
               El Paso, TX 79998-1400
11256080     +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2013 01:52:11      Gemb/Money Loc,   Box 30762,
               Salt Lake City, UT 84130-0762
11914181      E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2013 00:24:29     LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11256087     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 21 2013 00:27:12     NCO Financial Systems,
               PO Box 15740,   Wilmington, DE 19850-5740
12589314      E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2013 01:45:21
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11760417     +E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2013 01:51:32
               Recovery Management Systems Corporation,   For GE Money Bank,   dba GE FlexPlus,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11751855      E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2013 00:24:30     Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
11256091     +E-mail/Text: bnc@ursi.com Sep 21 2013 00:26:13     United Recovery Systems,   P.O. Box 722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11256090    ##+Target National Bank,   P.O. Box 59231,   Minneapolis, MN 55459-0231
11256092    ##+WFNNB - Express,   P.O. Box 330066,   Denver, CO 80233-8066
                                                                                  TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: cgreen                Page 2 of 2                   Date Rcvd: Sep 20, 2013
                               Form ID: pdf006             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2013 at the address(es) listed below:
              Arthur W Rummler    on behalf of Trustee Thomas E Springer arthur.rummler@gmail.com,
               artrummler@juno.com
              David G Wasinger    on behalf of Creditor   Green Tree Servicing, LLC slay@wasingerlawgroup.com
              Mark D McClain    on behalf of Debtor Daniel H Tobin mark@atbankruptcy.com,  gsparagi@yahoo.com
              Mark D McClain    on behalf of Joint Debtor JoAnn  Tobin mark@atbankruptcy.com,  gsparagi@yahoo.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Broker James   LeDuc tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 9
```