UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
TOBIN, DANIEL H § Case No. 07-05159
TOBIN, JOANN §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Daniel Tobin |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ROMINSKI HEALTHCARE |  |  |  |  |  |
|  | Sherman Hospital |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Springer Brown, Llc | | | | | |
| SKLARE LAW GROUP, LTD. | | | | | |
| SKLARE LAW GROUP, LTD. | | | | | |
| Jim Leduc | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | American Express Centurion Bank | | | | | |
| 2 | Capital Recovery One | | | | | |
| 4 | Ecast Settlement Corporation Assign | | | | | |
| 5 | Ecast Settlement Corporation Assign | | | | | |
| 3 | Fifth Third Bank | | | | | |
| 7 | Lvnv Funding Llc | | | | | |
| 8 | Lvnv Funding Llc | | | | | |
| 1 | Roundup Funding, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No: 07-05159 CAD Judge: Carol A. Doyle | Trustee Name: THOMAS E. SPRINGER, TRUSTEE |
| Case Name: TOBIN, DANIEL H | Date Filed (f) or Converted (c): 03/22/07 (f) |
| TOBIN, JOANN | 341(a) Meeting Date: 04/16/07 |
| For Period Ending: 03/11/14 | Claims Bar Date: 02/12/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 820 Gee Court, Elburn, IL (single family residence) | 310,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Timeshare through Blue Tree Resort in Orlando, FL 1/52nd of a year Exemption disallowed | 4,400.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking Account with Chase, no carryover balance | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Savings Account with Chase | 800.00 | 0.00 | OA | 0.00 | FA |
| 5. Checking Account with 5 th 3 rd | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Miscellaneous Household Goods | 900.00 | 0.00 | OA | 0.00 | FA |
| 7. Miscellaneous Collectibles | 150.00 | 0.00 | OA | 0.00 | FA |
| 8. Miscellaneous Clothing | 600.00 | 0.00 | OA | 0.00 | FA |
| 9. Miscellaneous Costume Jewelry | 300.00 | 0.00 | OA | 0.00 | FA |
| 10. Term-life insurance through employer, no cash valu | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. 401(k) Plan with Employer | 1,800.00 | 0.00 | OA | 0.00 | FA |
| 12. 401(k) Plan with Employer | 400.00 | 0.00 | OA | 0.00 | FA |
| 13. Potential soft-tissue personal injury claim. Evins | Unknown | 20,000.00 | | 70,913.18 | 0.00 |
| 14. 2005 Hyundai Sonata, 50 k miles | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 15. 2002 Hyundai Elantra 70 k miles | 3,700.00 | 0.00 | OA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $330,550.00 | $20,000.00 | | $70,913.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-05159   CAD   Judge: Carol A. Doyle | Trustee Name:   THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | TOBIN, DANIEL H | Date Filed (f) or Converted (c):   03/22/07 (f) |
| | TOBIN, JOANN | 341(a) Meeting Date:   04/16/07 |
| | | Claims Bar Date:   02/12/08 |

The Trustee retained special counsel to pursue the personal injury (car accident) of the Debtor. Case proceeded to trial in November, 2012 and judgment was entered for Plaintiff/Debtor in the amount of $70,225.38. State court post-judgment motions re: costs and medical liens ongoing with continued hearing February 21, 2013. After post trial motions concluded and Trustee receives funds, Trustee will file Motion to disburse special counsel fees and costs, Debtor's exemption and medical liens.

Initial Projected Date of Final Report (TFR): 03/15/09     Current Projected Date of Final Report (TFR): 05/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-05159 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TOBIN, DANIEL H | | Bank Name: | ASSOCIATED BANK |
| | TOBIN, JOANN | | Account Number / CD #: | *******9544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7941 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/13 | 13 | State Farm Mutual Automobile Insurance Company P.O. Box 661011 Dallas, TX 75266-1011 | Settlement of personal injury pursuant to Order entered 11/1/12. | 1149-000 | 70,913.18 | | 70,913.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.20 | 70,851.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.93 | 70,750.05 |
| 07/30/13 | 001000 | Sklare Law Group, Ltd. 20 North Clark Street Suite 1450 Chicago, IL 60602 | Special Counsel fees and expenses pursuant to Order entered 7/25/13 | | | 34,602.09 | 36,147.96 |
| | | | Fees          23,408.23 | 3210-600 | | | |
| | | | Expenses     11,193.86 | 3220-610 | | | |
| 07/30/13 | 001001 | Rominski Healthcare 2410 Alft Lane Suite 100 Elgin, IL 60124 | Payment of Medical Lien in full pursuant to Order entered 7/25/13 | 4220-000 | | 3,731.54 | 32,416.42 |
| 07/30/13 | 001002 | Sherman Hospital c/o Neil J. Greene, LLC 250 Parkway Drive Suite 280 Lincolnshire, IL 60069 | Payment of Medical Lien in full pursuant to Order entered 7/25/13 | 4220-000 | | 6,519.47 | 25,896.95 |
| * 07/30/13 | 001003 | Daniel Tobin 820 Gee Court Elburn, IL 60119 | Payment of Debtor's claimed personal injury exemption pursuant to Order entered 7/25/13 | 8100-004 | | 15,000.00 | 10,896.95 |
| * 07/30/13 | 001003 | Daniel Tobin 820 Gee Court Elburn, IL 60119 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -15,000.00 | 25,896.95 |
| 08/07/13 | 001004 | Daniel Tobin 1321 Ivy Lane | Payment of Debtor's claimed personal injury exemption pursuant to Order entered | 8100-000 | | 15,000.00 | 10,896.95 |

Page Subtotals    70,913.18    60,016.23

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05159 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TOBIN, DANIEL H | | Bank Name: | ASSOCIATED BANK |
| | TOBIN, JOANN | | Account Number / CD #: | *******9544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7941 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Apt. 103<br>Naperville, IL 60563 | 7/25/13 | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 105.19 | 10,791.76 |
| 10/22/13 | 001005 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 6,045.66 | 4,746.10 |
| 10/22/13 | 001006 | Springer Brown, LLC<br>Wheaton Executive Center<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,963.00 | 1,783.10 |
| 10/22/13 | 001007 | JIM LEDUC<br>Ryan Hill Realty<br>15 W. Jefferson Street<br>Naperville, IL 60540 | Realtor for Trustee Fees (Real Esta | 3510-000 | | 675.00 | 1,108.10 |
| 10/22/13 | 001008 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 1, Payment 4.57644% | 7100-000 | | 242.72 | 865.38 |
| 10/22/13 | 001009 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 2, Payment 4.57640% | 7100-000 | | 338.35 | 527.03 |
| 10/22/13 | 001010 | Fifth Third Bank<br>1850 E Paris SE - Bankruptcy Department<br>MD# ROPS-05<br>Grand Rapids MI 49546 | Claim 3, Payment 4.57650% | 7100-000 | | 193.78 | 333.25 |
| 10/22/13 | 001011 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC<br>Card Services III | Claim 4, Payment 4.57684% | 7100-000 | | 53.96 | 279.29 |

Page Subtotals 0.00 10,617.66

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05159 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | TOBIN, DANIEL H | Bank Name: | ASSOCIATED BANK |
| | TOBIN, JOANN | Account Number / CD #: | *******9544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7941 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/22/13 | 001012 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | Claim 5, Payment 4.57731% | 7100-000 | | 22.01 | 257.28 |
| 10/22/13 | 001013 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 6, Payment 4.57639% | 7100-000 | | 64.76 | 192.52 |
| 10/22/13 | 001014 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 7, Payment 4.57660% | 7100-000 | | 137.39 | 55.13 |
| 10/22/13 | 001015 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 8, Payment 4.57575% | 7100-000 | | 55.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 70,913.18 | 70,913.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 70,913.18 | 70,913.18 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 70,913.18 | 55,913.18 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9544 | 70,913.18 | 55,913.18 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 70,913.18 | 55,913.18 | 0.00 |

Page Subtotals         0.00         279.29

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 07-05159 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | TOBIN, DANIEL H | Bank Name: | ASSOCIATED BANK |
|  | TOBIN, JOANN | Account Number / CD #: | *******9544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7941 |  |  |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.05

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*